If a record of an indictment be lost, the court will grant leave to file one *nunc pro tunc*.

## The People *against* Jesse Burdock and Jonathan Case.

AN indictment found against the defendants for a forcible entry and detainer, in *April* term, 1798, had, on being removed into this court, been quashed, and restitution ordered, but the record of it could not, on search in the clerk's office, be found.

*Riker* applied for leave to file a record *nunc pro tunc*, on an affidavit by the attorney employed in the prosecution, disclosing the above facts, and that, on an examination, of his register, he found not only that a record had been duly filed, but that he actually obtained an exemplification of it, which had been lost.

GRANTED ACCORDINGLY.